IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Pierson Jr, Harvey L

Printed: 03/17/09

Case Number: 08 B 10724
Judge: Wedoff, Eugene R
Filed: 4/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 29, 2009
Confirmed:   August 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 374.00 |
| Trustee Fee: |  | 26.00 |
| Other Funds: |  | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,469.00 | 374.00 |
| 2. | Illinois Dept Of Transportation | Unsecured | 421.01 | 0.00 |
| 3. | Diversified Collection Service | Unsecured | 261.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 350.00 | 0.00 |
| 5. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 6. | Armor Systems Co | Unsecured | | No Claim Filed |
| 7. | Asset Acceptance | Unsecured | | No Claim Filed |
| 8. | Armor Systems Co | Unsecured | | No Claim Filed |
| 9. | Armor Systems Co | Unsecured | | No Claim Filed |
| 10. | Collection | Unsecured | | No Claim Filed |
| 11. | Cook County Circuit Court | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Will County State Atty Office | Unsecured | | No Claim Filed |
| 16. | McLean County | Unsecured | | No Claim Filed |
| 17. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| | | | $ 4,501.01 | $ 374.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 26.00 |
| | $ 26.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pierson Jr, Harvey L

Printed: 03/17/09

Case Number: 08 B 10724
Judge: Wedoff, Eugene R
Filed: 4/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*